IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEFF SAIDI** | : **CIVIL ACTION** |
| | : |
| **v.** | : **NO. 24-4170** |
| | : |
| **TROOPER BIJAN RASTEGARPANAH** | : |

## ORDER

**AND NOW**, this 13th day of December 2024, upon considering the Commonwealth Defendants' Motion to dismiss (ECF 15) the pro se amended Complaint (ECF 13), for reasons in today's accompanying Memorandum, and for good cause, it is **ORDERED** the Commonwealth Defendants' Motion to dismiss (ECF 15) is **GRANTED in part** requiring:

1.  We **dismiss with prejudice** Plaintiff's claims against:

    a. the Commonwealth, the Pennsylvania State Police, and Trooper Bijan Rastegarpanah in his official capacity**;**

    b. Trooper Bijan Rastegarpanah for section 1983 false arrest and false imprisonment, Fourteenth Amendment malicious prosecution, and state law claims;

2.  Plaintiff may proceed on his Fourth Amendment malicious prosecution civil rights claim against Trooper Bijan Rastegarpanah arising in Montgomery County and Dauphin County;

3.  Trooper Bijan Rastegarpanah shall respond to the Fourth Amendment malicious prosecution civil rights claim by no later than **January 3, 2025;** and,

4.  The Clerk of Court shall **amend** the caption as above.

**KEARNEY, J.**