IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFF SAIDI | : CIVIL ACTION |
| | : |
| v. | : NO. 24-4170 |
| | : |
| TROOPER BIJAN RASTEGARPANAH | : |

## ORDER

**AND NOW**, this 22nd day of April 2025, upon considering the Defendant's Motion for summary judgment (ECF 36), Plaintiff's Responses (ECFs 41, 44, 45), and for reasons in today's accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF 36) is **GRANTED** requiring we **vacate** the parties' remaining obligations under our January 15, 2025 Order (ECF 24) and Clerk of Court **CLOSE** this case.

_____
KEARNEY, J.